Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT
APR 0 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

DAVID RUSSELL WEBB # 96502
Full Name of Plaintiff, Prisoner Number

5:13-cv-0751
Civil Action

VS.
RONALD JAMES HOWERTON, PATRICA HOWERTON. REGINA HOWERTON, THE AVENGING ANGEL MOTOCYCLE CLUB, Defendants.

Judge

Magistrate Judge

## COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes [X]  No [ ]

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

   U.S. District Court, Eastern District of Louisiana

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: David Russell Webb

   Defendants: Charles Foti-Sheriff Orleans Parish

3. Docket number(s): Not Available

4. Date(s) on which each lawsuit was filed: Early 80's-exact date unk.

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   Relief granted. I was allowed to have a light in my cell, and asthma medicine.

2.

has been dismissed?
Yes _____    No _____

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

<u>David Wade Correctional Center, Homer, LA. 71040</u>

B. Is there a prison grievance procedure in this institution?
Yes __x__    No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _____    No __x__
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

<u>Department of Corrections Officials explained they</u>

<u>could not get involved in probate matters.</u>

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

  A. Name of Plaintiff __David Russell Webb # 96502__

   Address __D.W.C.C. 670 Bell Hill Rd., Homer, LA. 71040__

  B. Defendant, __Ronald James Howerton,__ is employed as

   __Paralegal__ at __Ironton Ohio, Huntington, West Virginia and Rock Hill South Carolina.__

   Defendant, __Patrica Howerton__ is employed as

   __Paralegal__ at __Ironton, Ohio, Huntington West Vir.; Rock Hill, S.C.__

   Defendant, __Regina Howerton,__ is employed as

   __Paralegal__ at __Ironton Ohio, Huntington, W. Va.; Rock Hill, S.C.__

   Additional defendants __The Avenging Angels Motorcycle Club__

IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

I am the sole legitimate heir to Freda B. Webb's estate- my mother- of Ironton, Ohio. died January 2009. Born in Huntington, W.Va. Mother ratified her last will and testiment in 2000 with the Department of Correction's Officials full aware of the ratification. She also sold me her home for $ 1.00 conveyence - 2616 S. 13th Street, Ironton, Ohio 45638- leaving herself a "lifetime estate" on the deed of the residence recorded in Ironton. Her reasons for ratifying her will at the Louisiana State Prison, Camp -D-Eagle visiting shed

(Continued next pgs. 4a - 4c)

was clear: she was concerned that she would catch alzheimer-hereditary in her family. She had already been diagnosised with lupus, and distant kin or otherwise used her up when not of a sound mind.

She said to me she had left a letter explaining these things at the Huntington National Bank on West Broad Street, Columbus, Ohio; and the U.S. Bank in Ironton, Ohio. The Huntington Bank is the number one bank in this matter where in the tottenized Trust for me from my parents reside. Whatever other assets existed were to pour into the Huntington National Bank. Mom and dad explained these things, and their concerns, to various wardens at Angola, Louisiana, before she died.

The Howertons drew up a new will after mother became terminally ill from lupus, Emphezema, and alzheimer about five month before she died. The bogus will totally spit upon the last will and testament of my mother and underminded every single element that my mom and dad- Russell Webb born in Huntington, W. Va.- had founded dating back to when I was a teen in Columbus, Ohio, and later in prison. The bogus will includes a change in my burial, embezzlement of my tottem Trust. I believe the loss of mom's ruby trove from dad to be buried with her, even my house. All other assets as well.

Ronald told me over the phone in the Captain's office at Camp-C Wolf Angola that mom had changed some things in her will and that she loved me the most. He didn't explain that he had connived and swayed my mom on her death bed and not of a sound mind from Alzheimer to sign a new will, or that the Howertons forged her signature favoring Ronald James Howerton, my half nephew. He went on to assure me that all I had to do was sign the power of attorney he sent, and he would get it all and bring it to me.

I suspect that the Howertons who bragged often that they were Avenging Angels Bikers- are racketeering my mother's estate by the fact that the investment I had in my name, with money from my dad after he died while I was in prison; David Tweel Investments, Charleston W. Va...ended up liquidated by Ron and given to him.

My mom had power of attorney to draw revenues from my investment and send to me. When liquidated it was at $50,000.00. I was told by mom when she was feeling better that she bought a 30 year 12¼ treasury

bond for me from the liquidation and placed it in the vault at the U.S. Bank in Ivonton. Linda K. Hall-mom's daugther-in-law from a marriage after dad died for companionship (Ralph Hall of Ivonton, Ohio) told me on the phone Ron got the treasury bond. Ron embezzled my investment. The bogus will, and my power of attorney, I suspect gave Ronald-perhaps the entire biker club-the way to usurp my personal property and draw revenues off my tottemized trust.

I further suspect that religous theories were used to steal my inheritence. Mom was baptized a Baptist in Ranger, W. Va. where her parents were born. I am a Catholic I tithed at the Barrone Street Catholic Church and attended Mass occassionally in the world and in prison. The Howertons may have blended Jahovah's Witness belief in the probate proceedings who believe if someone is in prison they are disinherited. Convenient for the Avenging Angels- The Howerton's, I suspect the probate court Judge "Judge Payne" may be a Jahovah Witness. Ralph Hall was... Mom wasn't.

Ronald James Howerton, Patrica Howerton, and Regina Howerton were unfit to act as executors of mom's estate anyway shape or form. All three have been incestual with one another as far back as when I was a teen. Ronald is deslexic, and served time in Moundsville State Prison in W. Va. for murder-he was also caught for armed robbery. His dad-Keith Howerton, now deceased, my half brother by same mother, got Ronald a pardon using stroke he had earned as an ad hoc sheriff in Huntington W. Va. Patricia was caught as a forger in Huntington and given mental health drugs long ago. Regina was a suspect forger long ago. AS informants to all United States law enforcement agencies who will listen [mostly the possie] they use their telling on others to do what ever crime they do hoping the law will allow them to slide by.

Even stealing my inheritance by committing malfeasance, embezzlement and racketeering. Ronald was diagnosised as phycotic while at Moundsville I was told by mom way back when. I truly believe and suspect.

I would have never signed a power of attorney for Ronald James Howerton, I fought him for six months on that, a Louisiana attorney Mr. Duncan- working as a classification officer at the Louisiana

State Penitentiary at Angola, advised me my only option that he could find as feasible was to sign it and hope for the best... so I did against my better judgment.

   I suspect Ronald may have added a few more pages later. The short power of attorneey was no more than five pages as I recall. It didn't, I believe, give him the power to do what he has done. I believe Mr. Duncan or David Berry inmate counsel retained a copy.

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I ask the Court to use my mother's will of 2000, which is her true will and wishes favoring her last surviving child. Void the forged will the Howertons introduced into probate, and Ronald's power of attorney. Force the Howertons to re-pay what they took from mom's estate, and prosecute them for the crimes they committed in this matter.

VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this __3__ day of __April__, __2013__.

__96502__
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons or Alien registration number)

_David Russell Webb_
Signature of Plaintiff

5/2006